UNITED STATES DISTRICT COURT
~~SOUTHERN~~ DISTRICT OF FLORIDA
MIDDLE DISTRICT, TAMPA DIVISION

Civil Case Number: 8:22-cv-177-CEH-AEP

LEE ROY WALKER III                     (PRO-SE)
_____
(Write the full name of the plaintiff)

vs.

MR. CHRISTOPHER NOCCO     (INDIVIDUAL CAPACITY)
(SHERIFF, PASCO COUNTY)
AND                       (OFFICIAL CAPACITY)
PASCO COUNTY, FLORIDA
(6TH CIRCUIT)
_____
(Write the full name of the defendant/s in this case)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: LEE ROY WALKER III
   Address: 20101 CENTRAL BOULEVARD
            LAND O LAKES, FL 34637

   Inmate/Prison No.: 252539

   Year of Birth: 1980 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: CHRISTOPHER NOCCO      Defendant: PASCO COUNTY, FL

   Official Position: SHERIFF         Official Position: COUNTY (PASCO)
                                                         6TH CIRCUIT OF
   Place of Employment: PCSO, PASCO COUNTY, FL    Place of Employment: PASCO COUNTY

   (Write the full name of each defendant, official position and place of employment. Attach a
   separate page if you need additional space for additional defendants.)

PAGE 1

Defendant No. 1

- Name: MR. CHRISTOPHER NOCCO
- Job or Title (if known): SHERIFF, PASCO COUNTY (FL)
- Street Address: 20101 CENTRAL BOULEVARD
- City and County: PASCO COUNTY, LAND O LAKES
- State and Zip Code: FLORIDA 34637
- Telephone Number: UNKNOWN
- E-mail Address (if known): UNKNOWN

Defendant No. 2

- Name: PASCO COUNTY, FLORIDA
- Job or Title (if known): COUNTY OF PASCO, FLORIDA
- Street Address: UNKNOWN
- City and County: PASCO COUNTY, FLORIDA
- State and Zip Code: FLORIDA, 34637
- Telephone Number: UNKNOWN
- E-mail Address (if known): WWW.PASCOCOUNTY.ORG   WWW.WEARETHEHOPE.ORG

Defendant No. 3

- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. SIX (6) VIOLATIONS AND CLAIMS STEMMING FROM FL. CONSTITUTION ARTICLE 1 §9, ALSO THE 1St AMENDMENT, THE 14TH AMENDMENT, THE 5TH AMENDMENT, AND 8TH FROM THE UNITED STATES CONSTITUTION (2 DEFENDANTS)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____NOT APPLICABLE_____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____NOT APPLICABLE_____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

b. If the defendant is a corporation

The defendant, *(name)* PASCO COUNTY, is incorporated under the laws of the State of *(name)* FLORIDA, and has its principal place of business in the State of *(name)* FLORIDA.

Or is incorporated under the laws of *(foreign nation)* FLORIDA, and has its principal place of business in *(name)* FLORIDA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

BECAUSE I CANNOT PLACE A MONETARY VALUE UPON MY HEALTH/FUTURE HEALTH AND RISKS POSED TO MY HEALTH AND WELLBEING (MENTAL, EMOTIONAL DISTRESS)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLEASE SEE PAGE 6 FOR PLAIN STATEMENTS OF CLAIM AGAINST BOTH DEFENDANTS ALSO ATTACHMENT VII FOR STATEMENT OF FACTS

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLEASE SEE PAGE 6 FOR THE PRECISE AMOUNT OF RELIEF I ASK THANK YOU

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/27/2022

Signature of Plaintiff: *Lee Roy Walker III*
Printed Name of Plaintiff: LEE ROY WALKER III

### B. For Attorneys

Date of signing: ―――

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

(NOT APPLICABLE — PLAINTIFF IS PRO-SE)

## II. Statement of Claim

**✱ NOTE: BOTH DEFENDANTS ARE SUPPOSED LIABLE TO (6) CLAIMS:**

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1) FAILURE TO PROTECT FROM HARM (UNDER 1983)
   VIOLATING AMENDMENT 1, 14, 8, FL CONSTITUTION ARTICLE 1 § 9

2) DEPRIVATION OF SUBSTANTIVE DUE PROCESS (UNDER 1983)
   VIOLATING AMENDMENT 1, 14

3) DELIBERATE INDIFFERENCE TO HEALTH/FUTURE HEALTH (UNDER 1983)
   VIOLATING AMENDMENT 1, 14, 8

4) APPLICATION OF IMPROPER POLICY/CUSTOM RISKING MY LIFE (UNDER 1983)
   VIOLATING AMENDMENT 1, 14, 8, FL CONSTITUTION ART. 1 § 9

5) DEPRIVATION OF RIGHT TO PROTECT/DEFEND LIFE (UNDER 1983)

6) IMMORAL ACT OR DECISION/JUDGMENT PLACING HEALTH IN JEOPARDY

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

42 USC § 1983 AUTHORIZES RELIEF FOR CONSTITUTIONAL DEPRIVATIONS PURSUANT TO A 'CUSTOM' EVEN IF HASN'T RECIEVED FORMAL APPROVAL.

AS TO (BOTH DEFENDANTS)
CLAIM # PUNITIVE DAMAGES IN UNITED STATES DENOMINATIONS

1) EMOTIONAL DISTRESS, 15,000.00    MENTAL ANGUISH, 15,000.00
2) EMOTIONAL DISTRESS, 15,000.00    MENTAL ANGUISH, 15,000.00
3) EMOTIONAL DISTRESS, 15,000.00    MENTAL ANGUISH, 15,000.00
4) EMOTIONAL DISTRESS, 15,000.00    MENTAL ANGUISH, 15,000.00
5) EMOTIONAL DISTRESS, 15,000.00    MENTAL ANGUISH, 15,000.00
6) EMOTIONAL DISTRESS, 15,000.00    MENTAL ANGUISH, 15,000.00

TOTAL: 90,000.00    TOTAL: 90,000.00

= 180,000.00

PAGE 6



## IV. Jury Demand

Are you demanding a jury trial? ____ Yes  ☒ No

Signed this __27__ day of __JANUARY__, 20__22__

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __1-27-2022__

_____
Signature of Plaintiff

PAGE 7

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION IN THIS SECTION ARE TRUE AND CORRECT, THIS ___ DAY OF _____, 2022



# ATTACHMENT VII

STATEMENT OF FACTS DESCRIBING HOW DEFENDANTS WERE INVOLVED, DATES, PLACES, FACTS, EVENTS CONTINUED FROM PAGE 8 OF CIVIL RIGHTS COMPLAINT

LEE ROY WALKER III
*Lee Roy Walker III* (signature)
PRO-SE PRETRIAL DETAINEE

## STATEMENT OF FACTS

1. The 14th Amendment states no person should be deprived of life, lib-
2. erty, or property without due process of law, or be placed at risk of
3. life. The 8th Amendment is a United States constitutional prescription
4. against cruel and unusual punishment. The 1st Amendment dictates that
5. all persons shall have a right to protect life, liberty, and also the
6. pursuit of happiness. Florida Constitution Article 1 § 9 states that all
7. persons are equal before law, and they also have a right to
8. enjoy and defend life, liberty, and pursue happiness. A custom is
9. a practice so settled and permanent that it takes on the form
10. and force of law.

11. Avoiding 100% certainty in common sense, and the above mentioned
12. amendments and statutes often results in harm, whether it be
13. instantaneous, or longterm health risk, when a certain harm
14. is otherwise inevitable — proper regulatory action must be demand-
15. ed to prevent future risks.

16. I am a pretrial detainee at Pasco County Jail, housed in a quaran-
17. teen Covid19/Delta 19 dorm. Two (2) inmates have just been removed
18. to transport to FL DOC, and returned for testing positive for Covid 19.
19. Covid19/Delta variant is an ongoing global pandemic/virus/disease which
20. is deathly serious, especially in close quarters and in prisons and
21. jail facilities. Christopher Nocco, since the beginning of this worldwide
22. pandemic, has been the final decision-making policy authority at PCJ,
23. the facility where I am housed. It is a direct reflection of Chris
24. Nocco's moral and decision making (and Pasco County, FL, as a whole),
25. along with authorization of pandemic standard operating procedure policy,

26 HIS COVID19 PREPARATION STRATEGIES, AND MASKS WHICH ARE TOTALLY IN-
27 EFFECTIVE AT PROVIDING ADEQUATE CONSTITUTIONALLY REQUIRED CARE TO
28 MYSELF, AS WELL AS OTHERS HELD AT PCJ, THE NDR COURTHOUSE, AND
29 HOLDING CELLS THEREIN. CHRIS NOCCOS CONDUCT, AS A HUMAN BEING WITH
30 THE POWER TO DECIDE OVER USING HIS OCCUPATIONAL RESPONSIBILITIES TO HELP
31 OR HINDER OTHERS, HAS ACTED IRRESPONSIBLY, BY ACTING AS AN EXPERT ON THE
32 TOPIC OF DISEASE AND VIRAL CONTROL, AND UNDER THE COLOR OF STATE AND
33 LOCAL LAW, AS WELL AS AGAINST THE BACKDROP OF A COVID19 PANDEMIC, HAS
34 VIOLATED MY 1st, 14th, 8th, AMENDMENTS, AS WELL AS FL ARTICLE 1 § 9,
35 PLACING MY HEALTH/FUTURE HEALTH IN HARMS WAY. PASCO COUNTY, FL,
36 UNDER COLOR OF STATE/LOCAL LAW (IN OFFICIAL CAPACITY) IS LIABLE TO THE
37 SAME. CHRIS NOCCOS DECISION TO ENACT THESE BLUE MASKS, AND HOLD THEM
38 ACCEPTABLE BY PANDEMIC STANDARDS, PROVES HE ACTED WELL OUT OF HIS SCOPE
39 OF HIS JOB TITLE AND OCCUPATIONAL DUTIES, AS HE IS NO EXPERT, AND AS
40 AN INDIVIDUAL, MUST BE HELD LIABLE AND ACCOUNTABLE. NOCCOS ERROR IS A
41 MISTAKE OF HIS INDIVIDUAL JUDGEMENT OF THE LAW AND FACT, BY A POLICY,
42 PROCEDURE OR CUSTOM ACTING WITH OR IN A MANNER EXHIBITING WANTON
43 AND WILLFUL DISREGARD FOR MY HUMAN RIGHTS AND SAFETY ACCORDING TO
44 §728.68(9)(a), AND ALSO ACTED IN BAD FAITH WHILE VIOLATING MY CON-
45 STITUTIONAL RIGHTS, THROUGH THESE CIVIL SANITARY MASKS, 17.5 CM x 9.5 CM.
46 THESE MASKS PROVIDED BY MR NOCCOS INDIVIDUAL DECISION, AND DISTRIBUTED
47 BY PASCO COUNTY, FL, ARE MANUFACTURED BY THE XIANTAO JINYUAN PROTECTIVE
48 PRODUCTS CO. LTD, AND ARE A COST CUTTING ALTERNATIVE TO PROPER PERSONAL
49 PROTECTIVE EQUIPMENT (PPE), SUCH AS N95 MASKS, WHICH OFFICIALS AND STAFF
50 AT PCJ, PCSO, AND PASCO COUNTY, FL WEAR. ACCORDING TO THEIR OWN INST-
51 RUCTIONAL PACKAGING INSERT, THESE MASKS ARE NOT FOR LONG TERM USE, ARE
52 FLAMMABLE, ARE NOT INTENDED FOR CLINICAL/FOOD USE, AND MOST IMPORTANTLY,
53 " SHOULD NOT BE USED TO PREVENT THE TRANSMISSION OF ANY DISEASE/VIRUS

54 TO THE WEARER, AS IT CLEARLY STATES. SINCE THE PANDEMIC HAS SPREAD, SO
55 HAS THESE BLUE MASKS, AS CUSTOM AND OR POLICY OF THE HEAD DECISION MAKING
56 INDIVIDUAL CHRISTOPHER NOCCO. HE AND PASCO COUNTY, FL HAVE VIOLATED MY
57 RIGHTS, AND NOCCO AS AN INDIVIDUAL IS LIABLE UNDER § 1983 (AND PASCO
58 COUNTY, FL IN OFFICIAL CAPACITY) BY CAUSING A CONSTITUTIONAL TORT VIOLATION
59 THROUGH A STATEMENT, ORDINANCE, OR REGULATION DECISION ADOPTED AND
60 PROMULGATED AS A CUSTOM EVEN THOUGH SUCH CUSTOM HAS NOT RECIEVED ANY
61 FORMAL APPROVAL THROUGH ANY OTHER CHANNEL OF EXPERTS BUT HIS OWN
62 MORALLY INCOMPETANT CONDUCT. AS DAMAGES INSO FAR HIS CONDUCT VIOLATED
63 MY 1st, 14th, 8th, AS WELL AS STATE LAW ARTICLE 1 §9 AND THOSE RIGHTS
64 WERE CLEARLY ESTABLISHED BY PRIOR CASE LAW, AS WELL AS ESTABLISHED AT
65 THE TIME OF DEFENDANTS MISCONDUCT; TO WIT, ENVOKING SUCH MASK DECISION
66 /CUSTOM. CHRIS NOCCO KNEW OF THE RISKS OF HARM THE MASKS WOULD
67 CAUSE, DISREGARDED THOSE RISKS, PROVING HIS CONDUCT TO BE GROSSLY
68 NEGLIGENT, WITH DELIBERATE INDIFFERENCE. MR. CHRIS NOCCO PLACES MY
69 HEALTH/FUTURE HEALTH IN HARMS WAY BY HIS INVOLVMENT WITH THESE IN-
70 ADEQUATE, CHEAPLY MADE MASKS THAT ARE MORE FOR SHOW THAN A PRE-
71 VENTION STRATEGY. THE FEAR OF CONTRACTING COVID19 DUE TO MY AGE,
72 MEDICATION, AND CONFINEMENT, ALONG WITH THE BLUE MASKS MAKES ME MENT-
73 ALLY + EMOTIONALLY DISTRESSED BEYOND CONCIEVABILITY. NOCCOS CONDUCT AS A
74 HUMAN BEING IS MOTIVATED BY EVIL NATURE AND INTENT, AND INVOLVES RECKLESS
75 AND CALLOUS INDIFFERENCE TO FEDERALLY ESTABLISHED RIGHTS OF MYSELF +
76 OTHERS, AND HE MUST BE HELD LIABLE UNDER COLOR OF STATE AND LOCAL
77 LAW TO MY CLAIMS AND DAMAGES, AS MUST PASCO ,CO., FL (IN OFFICIAL
78 CAPACITY).

79 INDIVIDUALS IN CHARGE OF DETENTION FACILITIES ARE STILL BOUND BY
80 CONSTITUTIONAL REQUIREMENTS, EVEN WHEN THEY ARE DEALING WITH

81 DIFFICULT AND UNFAMILIAR CHALLENGES TO PUBLIC SAFETY AND HEALTH.
82 NOCCO HAS VIOLATED MY 5th AMENDMENT U.S. CONSTITUTIONAL RIGHT TO
83 REASONABLE SAFETY (OF DETENTION STANDARDS), BY A MASK SELECTION
84 THAT IS NOT PARALLEL WITH CDC GUIDELINES, AS HE ACTED OUTSIDE THE
85 SCOPE OF HIS EMPLOYMENT TITLE, AS HE AS A HUMAN BEING HAS AN
86 OBLIGATION AND TOOK A SWORN OATH TO PROTECT AND CARE FOR CITIZENS
87 AND PRETRIAL DETAINEES WHEN THE STATE AFFIRMATIVELY PLACES A PAR
88 TICULAR INDIVIDUAL IN A POSITION OF DANGER THAT SUCH INDIVIDUAL WOULD
89 NOT HAVE OTHERWISE BEEN PLACED. NOCCO'S CHOICES AS AN INDIVIDUAL IN-
90 VOLVED IN DECISION MAKING HAS FAILED TO PROTECT MY HEALTH AND HAS MIS-
91 HANDLED PCJ'S PANDEMIC RESPONSE PROCEEDURE, BY A MASK SELECTION WHICH
92 CLEARLY ARE INFERIOR TO PROPER PPE; N95 MASKS. NOCCO VIOLATED MY
93 14th AMENDMENT BY FAILING TO PROVIDE ME WITH A PROPER PPE MASK
94 THAT PREVENTS TRANSMISSION OF COVID19/DELTA VARIENT, IN THE FACE OF
95 THIS GLOBAL PANDEMIC. NOCCO'S SELECTION OF MASKS FAILS TO FOLLOW
96 CENTER OF DISEASE CONTROLS GUIDELINES. THIS IN TURN PLACES MY HEALTH
97 /FUTURE HEALTH IN RISK OF CONTRACTING COVID19. NOCCO IGNORANTLY
98 DECIDED PPE SELECTION IS THE DRIVING FORCE PURPOSELY KNOWN TO VIOLATE
99 MY RIGHTS, AND HIS WRONGFUL MISCONDUCT AND ACTIONS WERE NOT REASONABLE
100 AND IN ESSENCE DENIED THE SAFEKEEPING OF MYSELF AND MY HEALTH. NOCCO
101 DUE TO THESE ACTIONS, AND BLUE MASK SITUATION, AND HIS PROMULGATION
102 OF AN UNCONSTITUTIONAL POLICY/CUSTOM WAS INVOLVED AS A PERSON, AND IS
103 RESPONSIBLE AND SHALL BE HELD LIABLE TO MY SPECIFIC CLAIMS 1-6, AS
104 WELL AS SHOULD PASCO COUNTY, FL IN OFFICIAL CAPACITY. THEY HAVE
105 DEPRIVED ME OF FEDERALLY PROTECTED RIGHTS, AND HAVE CAUSED ME GREAT
106 MENTAL AND EMOTIONAL PAIN, STRESS AND ANGUISH, WHICH IS IMMEASURABLE.
107 SECTION 1983 PROVIDES A CAUSE OF ACTION, AND MY RELIEF IS STATED