**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LEE ROY WALKER, III,

    Plaintiff,

-vs-                             Case No.   8:22-cv-177-CEH-AEP

CHRISTOPHER NOCCO, SHERIFF,
PASCO COUNTY, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court on review of the case file. On June 16, 2022, the Court ordered Plaintiff to complete service of process forms. (Doc. 9). The order was mailed to Plaintiff's address on file but was returned, and the envelope in which it was mailed indicates "Return to Sender-Not in Custody." (Doc. 11). Plaintiff is obligated to keep his address current with the Court to effectively prosecute his case.

Accordingly:

1. This case is **DISMISSED** without prejudice.

2. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

ORDERED in Tampa, Florida, on July 8, 2022.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copy to: Plaintiff, *pro se*